IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **EMPLOYERS & LABORERS LOCALS 100 /397 PENSION, HEALTH, WELFARE AND ANNUITY**, <br><br>Plaintiffs, <br><br>vs. <br><br>**J & S COMPANIES, INC.**, <br><br>Defendant. | ) ) ) ) ) ) ) ) No. 05-cv-154 WDS ) ) ) ) ) |

## ORDER

The Court **GRANTS** plaintiffs' Motion for Default Judgment, and **IT IS FURTHER ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from the defendant, **J&S Companies, Inc.**, the sum of $8,519.39 for delinquent contributions owed by defendant to plaintiff.

2. That plaintiffs recover from the defendant, **J&S Companies, Inc.**, the costs of these proceedings to include the sum of $341.25 for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

3. That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

4. That the Court hereby orders the plaintiffs recovery from the defendant, **J&S Companies, Inc.**, the total sum of **$8,860.64** for delinquent contributions and attorney's fees and costs.

5. Defendant is hereby ordered to turn over its payroll records and books to plaintiffs so that an audit can be conducted to verify any additional amounts currently

unknown and due and owing.

      6.     That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.


DATED:   May 3, 2006


                                                  s/*WILLIAM D. STIEHL*
                                    United States District Court Judge